# Court of Appeals
# of the State of Georgia

ATLANTA, January 08, 2020

*The Court of Appeals hereby passes the following order:*

**A19A1896. WASHINGTON v. THE STATE.**

While represented by counsel, Todd Washington entered a guilty plea to multiple charges in superior court. Washington then filed a pro se motion to modify his sentence. But at that time, Washington was still represented by counsel: the trial court had not entered an order allowing plea counsel to withdraw and Washington filed the motion to modify in the same term of court in which he had entered his guilty plea. See *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017) ("[A]t a minimum, legal representation continues — unless interrupted by entry of an order allowing counsel to withdraw or compliance with the requirements for substitution of counsel, see USCR 4.3 (1)-(3) — through the end of the term at which a trial court enters a judgment of conviction and sentence on a guilty plea. . . ."). The trial court denied the motion and Washington filed this appeal.

Washington's "pro se motion to [modify his sentence] was unauthorized and without effect, because []he had no right to represent [him]self at the same time []he was represented by a lawyer. The trial court should have dismissed [Washington's] pro se motion rather than ruling on its merits. We therefore vacate the trial court's

judgment and remand the case with direction to dismiss the motion." *Dos Santos v. State*, __ Ga. __, __ (3) (__ SE2d __) (Case No. S19A1352, decided Oct. 21, 2019) (citations and punctuation omitted).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/08/2020_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*